# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1684
_____

BERT MOORE and VICKI MOORE,

    Petitioners,

    v.

WELLS FARGO BANK, NATIONAL
ASSOCIATION, as Trustee for
GSAMP Trust 2001-FM2
Mortgage Pass-through
Certificates, Series 2004-FM2,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


September 27, 2018


PER CURIAM.

The petition for writ of prohibition is denied on the merits.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bert Moore and Vicki Moore, pro se, Petitioners.

Gabriel M. Hartsell of McGlinchey Stafford, Jacksonville, for Respondent.